

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| Gurney Alfred | ) |
| :---: | :---: |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 12-801-JJB-SCR |
| STATE OF LOUISIANA THROUGH THE DEPARTMENT OF CORRECTIONS | ) |
| Defendant(s) | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Louisiana Dept of Public Safety and Corrections
James M. LeBlanc, Secretary
504 Mayflower St., Bldg. 1
P.O. Box 94304, Capital Station
Baton Rouge, LA 70804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dan M. Scheuermann
Attorney at Law
600 America Street
Baton Rouge, LA 70802-5903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nick J. Lorio
*CLERK OF COURT*

Date: **February 15, 2013**



*Signature of Clerk or Deputy Clerk*

Civil Action No. 12-801-JJB-SCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **LA Dept Public Safety**
was received by me on *(date)* **2/22/13**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Rhonda Weldon, Paralegal**, who is designated by law to accept service of process on behalf of *(name of organization)* **LA Dept of Public Safety & Corrections** on *(date)* **2-28-13** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **2-28-13**

*Server's signature*

**George Steimel, PPS**
*Printed name and title*

BOMBET, CASHIO, DARBONNE & ASSOC, INC
11220 N. Harrell's Ferry Rd
Baton Rouge, LA 70816-8309
ph 225-275-0796 fax 225-272-3631
www.sbombet.com
*Server's address*

Additional information regarding attempted service, etc: