**RETURN**



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

<table>
<tr><td>

Gurney Alfred
_____
*Plaintiff(s)*

v.

STATE OF LOUISIANA THROUGH THE
DEPARTMENT OF CORRECTIONS
_____
*Defendant(s)*

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Civil Action No.  12-801-JJB-SCR

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   State of Louisiana
Hon. James D. (Buddy) Caldwell
Attorney General
1885 N. 3d St.
P.O. Box 94005
Baton Rouge, LA  70804-9005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dan M. Scheuermann
Attorney at Law
600 America Street
Baton Rouge, LA  70802-5903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nick J. Lorio
*CLERK OF COURT*

*Cheletta S. Plummer*

Date: **February 15, 2013**

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.  12-801-JJB-SCR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* State of LA Atty General

was received by me on *(date)* 2/22/13 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Linda Williams, Admin Assist who is

designated by law to accept service of process on behalf of *(name of organization)* for Buddy

Caldwell, LA Attorney General on *(date)* 2/28/13 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .


I declare under penalty of perjury that this information is true.

Date:  2/28/13 _____

_____
*Server's signature*

George Steimel, PPS
*Printed name and title*

BOMBET, CASHIO, DARBONNE & ASSOC, INC
11220 N. Harrell's Ferry Rd
Baton Rouge, LA 70816-8309
ph 225-275-0796 fax 225-272-3631
www.bombet.com
*Server's address*

Additional information regarding attempted service, etc: